IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CODY FOSTER & CO., INC., a Nebraska corporation;<br><br>    Plaintiff,<br><br>  vs.<br><br>URBAN OUTFITTERS, INC., a Pennsylvania Corporation; ANTHROPOLOGIE, INC., a Pennsylvania Corporation; and URBN UK LIMITED, a United Kingdom Corporation;<br><br>    Defendants. | **8:14CV80**<br><br>**ORDER** |

   IT IS ORDERED that the parties' joint motion, (Filing No. 60), is granted, in part, and the progression order is amended as follows:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is April 10, 2015. Motions to compel Rule 33 through 36 discovery must be filed by April 24, 2015 **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):   March 17, 2015.

    For the defendant(s):  April 30, 2015.

3) The deposition deadline is May 14, 2015.

4) To avoid the need to amend the trial and pretrial conference settings, the deadline for filing motions to dismiss and motions for summary judgment

    remains May 29, 2015.[1]

5)    The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 29, 2015.

Click here to enter a date..

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.