IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CODY FOSTER & CO., INC., a Nebraska corporation;<br><br>            Plaintiff,<br><br>    vs.<br><br>URBAN OUTFITTERS, INC., a Pennsylvania Corporation; ANTHROPOLOGIE, INC., a Pennsylvania Corporation; and URBN UK LIMITED, a United Kingdom Corporation;<br><br>            Defendants. | **8:14CV80**<br><br>**ORDER** |

      After conferring with the parties,

      IT IS ORDERED:

      1)     As to Document Request 40, on or before May 4, 2015, the plaintiff shall produce the copyright applications for the ornaments identified in Exhibit E of the plaintiff's complaint.

      2)     As to the following witnesses (who are artists):

            Lisa Condon;

            Cassandra Smith;

     and as to the following ornaments:

            TO-795 Color Block Orn;

            TO-876—Nordic Polar Orns;

            ORN-743 Nordic Reindeer;

            TO-966—Painted Antler Orns;

            CM-011—Sweet Deer Orn;

            TO-757—Lumberjack Dolls;

2

on or before April 28, 2015, the defendants shall file their motion and brief outlining the discovery dispute, including a timeline that describes when the relevant events of this case occurred and the corresponding relevancy (or lack thereof) of the two identified artist witnesses and the six identified ornaments. Plaintiff's response shall be filed on or before May 5, 2015. No reply is permitted absent leave of the court for good cause shown.

3) The plaintiff's expert disclosure deadline is extended to June 15, 2015; and the defendants' expert disclosure deadline is extended to July 15, 2015.

4) As to the depositions of Cody Foster, Diane Foster, Andrea Andre, and Pashina Fey, the discovery deadline is extended to May 22, 2015.

5) The deadline for filing a motion for summary judgment is extended to June 3, 2015, with a response deadline of June 25, 2015. Any reply shall be filed no later than July 2, 2015.

Dated this 27th day of April, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge