IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CODY FOSTER & CO., INC., a Nebraska corporation;<br><br>    Plaintiff,<br><br>vs.<br><br>URBAN OUTFITTERS, INC., a Pennsylvania Corporation; ANTHROPOLOGIE, INC., a Pennsylvania Corporation; and URBN UK LIMITED, a United Kingdom Corporation;<br><br>    Defendants. | **8:14CV80**<br><br>**ORDER** |

After conferring with the parties,

IT IS ORDERED:

1) As to any currently unresolved discovery issue, motions to compel shall be filed on or before June 17, 2015, with a response due on or before June 24, 2015, and any reply due on or before June 26, 2015.

2) A telephonic conference before the undersigned magistrate judge will be held on July 1, 2015 at 10:00 a.m. to discuss the further progression of this case. Counsel for plaintiff shall place the call.

June 11, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge